IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN E. BARRY,<br>         Plaintiff,<br>     v.<br><br>RACING EXPRESSIONS LLC,<br><br>         Defendant. | CIVIL ACTION<br><br>No. 3:23-cv-00236<br><br>JURY TRIAL DEMANDED |

### JUDGMENT

Defendant Racing Expressions LLC, having failed to plead or otherwise defend in this action, and default having been entered,

NOW, upon application of the Plaintiff and upon affidavit that Defendant is indebted to the Plaintiff in the sum of $252,000, that Defendant is not a minor or incompetent person and not in the military service of the United States, it is hereby

ORDERED, ADJUDGED AND DECREED, that Plaintiff recover of Defendant the sum of $252,000 plus costs of this suit.



CLERK'S ENTRY OF DEFAULT / DEFAULT JUDGMENT

Date: 12/14/23

*Jamey Napoleon*
Docket Clerk

*Brandy S. Lonchena*
Brandy S. Lonchena

11129572.1